UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 3:12-00099 |
| v. | ) |
| | ) CHIEF JUDGE HAYNES |
| EMMONIE BRANCH | ) |

[handwritten annotations: "Order", "The motion is granted", signature, "8-27-13"]

## MOTION FOR EXTENSION OF TIME TO RESPOND

Comes now the United States and requests an extension of time to respond to motions filed by the defense (R. 72, 74, 77, 78, 79) between August 6, 2013, and August 12, 2013.

As grounds, the undersigned submits that he was fully occupied in a three defendant jury trial in Judge Sharp's court (*United States v. Duncan, Parnell, and Young*, Case No. 3:11-00012) which began on August 6, 2013, and ended with a jury verdict on Friday, August 23, 2013. In the interim, the undersigned has been largely unavailable to review e-mails and filings in this and multiple other cases. The undersigned plans to respond to said motions before the motions hearing which appears to be set on August 30, 2013.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Phone: 615-736-5151