UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DISVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00099 |
| | ) CHIEF JUDGE HAYNES |
| EMONNIE DION BRANCH | ) |

### DEFENDANT, EMONNIE DION BRANCH'S, MOTION FOR FOR PRE-TRIAL WRITTEN NOTICE OF IMPEACHING CONDUCT

Defendant, Emonnie Dion Branch, pursuant to Rule 608 and 609 of the Federal Rules of Evidence, respectfully requests that this Honorable Court order the Government to give written notice of any convictions or prior bad acts that the Government intends to use against Mr. Branch. In addition, Mr. Branch respectfully requites a hearing, pre-trial, regarding such proof.

Respectfully submitted,

WEATHERLY, MCNALLY & DIXON, PLC

/s/ Patrick T. McNally
Patrick T. McNally, B.P.R. No. 010046
424 Church Street, Suite 2260
Fifth Third Center
Nashville, Tennessee 37219
615/986-3377

*Counsel for Defendant, Emonnie Dion Branch*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing have been sent via the Court's electronic filing system to Sunny A.M. Koshy, Assistant U.S. Attorney, 110 Ninth Avenue, South, Suite A-961, Nashville, Tennessee 37203, on this the 12th day of August, 2013.

/s/ Patrick T. McNally

[Handwritten annotation: "Denied. This motion to deny as moot. [signature] 8-30-13"]