IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00099 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| EMMONIE DION BRANCH | ) | |

## ORDER

In light of the Court's Order (Docket No. 99) granting Defendant's unopposed motion to continue the trial in this action (Docket No. 98), the pretrial conference currently set for September 13, 2013 at 1:30 p.m. is cancelled. The pretrial conference and trial date in this action will be reset by separate order.

It is so **ORDERED**.

ENTERED this the _12_ day of September, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court