UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DISVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 3:12-00099 |
| | § | CHIEF JUDGE HAYNES |
| EMONNIE DION BRANCH | § | |

*ORDER*

*This motion is GRANTED.*

**MOTION TO RENEW MOTION TO COMPEL DISCOVERY**

*[signature] 1-13-14*

Comes now the Defendant, Emonnie Branch, by and through the undersigned counsel, to renew his previously filed motion to compel discovery (Docket Entry No. 42) filed on September 14, 2012. The motion was filed by Mr. Branch's original trial counsel with the Federal Public Defender's Office. The Court granted the joint request for appointment of new counsel and the undersigned counsel was appointed to represent Mr. Branch. (Docket Entry Nos. 45 and 55).

The Court issued an order denying the afore-mentioned motion without prejudice and provided that the motion may be renewed by the substituted counsel. (Docket Entry No. 54). Counsel for Mr. Branch requests this motion be placed on the docket on January 22, 2014, at 10:00 a.m. along with the re-docketing of the motion to suppress scheduled the same day. (Docket Entry No. 105).

Respectfully submitted,

WEATHERLY, MCNALLY & DIXON, PLC

/s/ Patrick T. McNally
Patrick T. McNally, B.P.R. No. 010046
424 Church Street, Suite 2260
Fifth Third Center
Nashville, Tennessee 37219