UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | No. 3:12-00099 |
| | § | CHIEF JUDGE HAYNES |
| | § | |
| EMONNIE DION BRANCH, | § | |
| Defendant. | § | |

*[Handwritten annotation:] DENIED. This motion is GRANTED but counsel for the parties have 7 days to submit an agreed order with the trial date.*

*[Signature] Wm. H. Haynes*

*5-15-14*

## MOTION TO SET TRIAL

COMES NOW the Defendant, Emonnie D. Branch, by and through the undersigned counsel, and moves this Court to set a date for jury trial of twelve (12) peers in the above-captioned matter. Mr. Branch would request this Court set the earliest possible trial date.

Respectfully submitted,

*WEATHERLY, MCNALLY & DIXON, PLC*

/s/ Patrick T. McNally
Patrick T. McNally, B.P.R. No. 010046
424 Church Street, Suite 2260
Fifth Third Center
Nashville, Tennessee 37219
615/986-3377

*TRAUGER & TUKE*

/s/ W. Justin Adams
W. Justin Adams, B.P.R. No. 022433
222 4th Avenue, North
The Southern Turf Building
Nashville, Tennessee 37219
615/256-8585

*Counsel for Emonnie D. Branch*