IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:12-cr-00099 |
| v. ) | Chief Judge Haynes |
| ) | |
| EMONNIE DION BRANCH ) | |

## O R D E R

Following the statements made in open court during the September 23, 2014 hearing, both parties waive the presentence report. Accordingly, the plea and sentencing hearing in this action is set for **Monday, September 29, 2014 at 4:30 p.m.**, in the United States Courthouse in Nashville, Tennessee. By **Friday, September 26, 2014,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing.

It is so **ORDERED**.

ENTERED this the 23rd day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge